| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Wind Entertainment Corp.** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | DBA  **TW Theater Night Club and Events Center** <br> DBA  **MYST Nightlife** <br> DBA  **Equilibrium** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-4424498** | |
| 4. | Debtor's address | **Principal place of business** <br><br> **1328 Calle Cantar** <br> **Henderson, NV 89012** <br> Number, Street, City, State & ZIP Code <br><br> **Clark** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **3765 S Las Vegas Blvd. Las Vegas, NV 89109** <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership <br> ☐ Other. Specify: _____ | |

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 1

Debtor  **Wind Entertainment Corp.**                                   Case number (*if known*)
              Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

   **71**

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship to you _____

District _____  When _____  Case number, if known _____

Debtor **Wind Entertainment Corp.**     Case number (*if known*) _____
    Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* |
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency _____
             Contact name _____
             Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Wind Entertainment Corp.**          Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 28, 2016**
                MM / DD / YYYY

**X** **/s/ Tommy J. Roccardo**                                          **Tommy J. Roccardo**
    Signature of authorized representative of debtor           Printed name

Title   **President, Treasurer, Director**

**18. Signature of attorney**

**X** **/s/ Samuel A. Schwartz. Esq.**                                   Date  **January 28, 2016**
    Signature of attorney for debtor                                   MM / DD / YYYY

**Samuel A. Schwartz. Esq.**
Printed name

**Schwartz Flansburg PLLC**
Firm name

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 385-5544**          Email address  **sam@nvfirm.com**

**10985**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

**Fill in this information to identify the case:**

Debtor name __Wind Entertainment Corp.__

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 28, 2016__       X __/s/ Tommy J. Roccardo__
                                            Signature of individual signing on behalf of debtor

                                            **Tommy J. Roccardo**
                                            Printed name

                                            **President, Treasurer, Director**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Wind Entertainment Corp.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| 360 Equipment Finance<br>300 Beardsley Lane Bldg D #201<br>Austin, TX 78746 | | | | | | $28,000.00 |
| Bank Direct - Fairmont Insurance<br>1600 60th Street<br>Brooklyn, NY 11204 | | Insurance Premium (Liability Insurance) | | | | $1,097.00 |
| Cox Cable<br>PO Box 1259<br>Dept. 102276<br>Oaks, PA 19456 | | Utilities | | | | $1,185.34 |
| ECOLAB<br>PO Box 100512<br>Pasadena, CA 91189 | | Vendor | | | | $3,909.32 |
| Freeman Pest Control<br>312 Rodarte St.<br>Henderson, NV 89014 | | Vendor | | | | $950.00 |
| FX Luxury Las Vegas I, LLC<br>c/o Sierra Corporate Services Registered Agent<br>2300 West Sahara Ave., Suite 1200<br>Las Vegas, NV 89102 | | Commercial Lease | | | | $433,333.00 |
| Guitar Center | | | | | | $2,000.00 |
| Heartland Payment Systems, Inc.<br>One Heartland Way<br>Jeffersonville, IN 47130 | | Vendor | | | | $24,392.71 |

Debtor **Wind Entertainment Corp.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nevada Energy**<br>PO Box 30086<br>Reno, NV 89520 | | **Utilities** | | | | $18,000.00 |
| **Next Gen**<br>7156 Bermuda Rd.<br>Las Vegas, NV 89119 | | **Vendor** | | | | $937.00 |
| **NuCo2**<br>PO Box 41702<br>Boston, MA 02241 | | **Vendor** | | | | $970.27 |
| **Sounds IPA** | | | | | | $4,300.00 |
| **Southern Wine and Spirits**<br>PO Box 19299<br>Las Vegas, NV 89132 | | **Vendor** | | | | $1,000.00 |
| **Southwest Gas**<br>PO Box 98152<br>Las Vegas, NV 89193 | | **Utilities** | | | | $1,243.64 |
| **Strategic Financing** | | **Loan** | | | | $48,000.00 |
| **SYSCO**<br>1390 Enclave Pkwy.<br>Houston, TX 77077 | | **Vendor** | | | | $865.97 |
| **Trujillo Air Conditioning/Refrigeration**<br>3370 Mustang Street<br>Las Vegas, NV 89108 | | **Vendor** | | | | $1,783.85 |
| **Wells Fargo** | | **Credit Card** | | | | $3,600.00 |
| **What's On Guide**<br>101 Convention Center Drive, Suite 101<br>Las Vegas, NV 89109 | | **Vendor** | | | | $1,950.00 |
| **Wirtz Beverage**<br>1849 W. Cheyenne Ave.<br>North Las Vegas, NV 89032 | | **Vendor** | | | | $4,485.70 |

```
Wind Entertainment Corp.
1328 Calle Cantar
Henderson, NV 89012

Samuel A. Schwartz. Esq.
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Nevada Department of Taxation
P.O. Box 52609
Phoenix, AZ 85072-2609

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

360 Equipment Finance
300 Beardsley Lane
Bldg D #201
Austin, TX 78746

Alternate Office Systems
Acct No x7329
3930 W. Ali Baba Lane
Las Vegas, NV 89118
```

Alternate Office Systems
Acct No xx#x7329
3930 W. Ali Baba Lane
Las Vegas, NV 89118

Alternate Office Systems
3930 W. Ali Baba Lane
Las Vegas, NV 89118

ASAP Security
3170 Polaris Avenue #4
Las Vegas, NV 89102

Bank Direct - Fairmont Insurance
Acct No xx1763
1600 60th Street
Brooklyn, NY 11204

Bearcom
Acct No xxx9502
5905 S. Decatur #13
Las Vegas, NV 89118

Centurylink
Acct No xxxxx0830
PO Box 2961
Phoenix, AZ 85062

Coca Cola
Acct No xxx8634
521 Lake Kathy Drive
Brandon, FL 33510

Cox Cable
Acct No xxxxxxxxxx4503
PO Box 1259
Dept. 102276
Oaks, PA 19456

Easy Ice
PO Box 879
Marquette, MI 49855

ECOLAB
Acct No xxxx6566
PO Box 100512
Pasadena, CA 91189

ECOLAB
PO Box 100512
Pasadena, CA 91189

```
First Data Global Leasing
Acct No xxx-xxxxxx5-000
PO Box 173845
Denver, CO 80217

First Data Global Leasing
PO Box 173845
Denver, CO 80217

Freeman Pest Control
Acct No 594
312 Rodarte St.
Henderson, NV 89014

FX Luxury Las Vegas I, LLC
c/o Sierra Corporate Services
Registered Agent
2300 West Sahara Ave., Suite 1200
Las Vegas, NV 89102

Guarantee Insurance
Acct No xxxxxxxxxxx2GIC
401 E. Las Oules Blvd. #1650
Fort Lauderdale, FL 33301

Guitar Center


Harbor Touch
2202 N. Irving St.
Allentown, PA 18109

Heartland Payment Systems, Inc.
One Heartland Way
Jeffersonville, IN 47130

Lynden International Freight
Acct No xxxxxxywi.2
PO Box 84167
Seattle, WA 98124

Nevada Beverage
Acct No x7133
3940 W Tropicana Ave.
Las Vegas, NV 89103

Nevada Energy
Acct No xxxxxxxxxxxxxxx0000
PO Box 30086
Reno, NV 89520

Next Gen
7156 Bermuda Rd.
Las Vegas, NV 89119
```

```
NuCo2
Acct No xx6511
PO Box 41702
Boston, MA 02241

NuCo2
PO Box 41702
Boston, MA 02204

Ring Central


Sounds IPA


Southern Wine and Spirits
Acct No x-xx6698
PO Box 19299
Las Vegas, NV 89132

Southwest Gas
Acct No xxx-xxxxxx1-009
PO Box 98152
Las Vegas, NV 89193

Speedy Fountain Service
Acct No x1286
109 E. Brooks Ave.
North Las Vegas, NV 89030

Strategic Financing


Suburban Elevator
Acct No 1-232
130 Prairie Lake Rd., #D
Dundee, IL 60118

SYSCO
Acct No xxxxx3218
1390 Enclave Pkwy.
Houston, TX 77077

Tommy J. Riccardo
1328 Calle Cantar
Henderson, NV 89012

Trujillo Air Conditioning/Refrigeration
3370 Mustang Street
Las Vegas, NV 89108

TW Theater Website
```

```
Wells Fargo


What's On Guide
Acct No xxx3254
101 Convention Center Drive, Suite 101
Las Vegas, NV 89109

Wirtz Beverage
Acct No xx1643
1849 W. Cheyenne Ave.
North Las Vegas, NV 89032
```

# United States Bankruptcy Court
## District of Nevada

In re: **Wind Entertainment Corp.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Wind Entertainment Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Tommy J. Riccardo**
**1328 Calle Cantar**
**Henderson, NV 89012**

☐ None [*Check if applicable*]

**January 28, 2016**
Date

**/s/ Samuel A. Schwartz. Esq.**
**Samuel A. Schwartz. Esq. 10985**
Signature of Attorney or Litigant
Counsel for **Wind Entertainment Corp.**
**Schwartz Flansburg PLLC**
**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
**(702) 385-5544 Fax:(702) 385-2741**
**sam@nvfirm.com**